# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RAMOS, | CASE NO. 1:07-cv-00738-OWW-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CERTAIN CLAIMS |
| v. | |
| C KATELEY, et al., | (Doc. 16) |
| Defendants. | |

Plaintiff Anthony Ramos ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 10, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within twenty days. Plaintiff did not file a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///
///
///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 10, 2009, is adopted in full;
2. Plaintiff's Fourteenth Amendment Due Process claims against defendants Kateley and Childress are dismissed, with prejudice, for plaintiff's failure to state a claim upon which relief may be granted;
3. Plaintiff's first amended complaint is dismissed for failure to state a claim, with leave to amend only his Eighth Amendment claims against defendants Kateley and Childress; and
4. Plaintiff's second amended complaint is due within thirty (30) days of service of this order. Failure to comply with this order may result in dismissal of this action.

IT IS SO ORDERED.

Dated: **April 22, 2009**     **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE