# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RAMOS,<br><br>        Plaintiff,<br><br>   v.<br><br>C. KATELEY, et al.,<br><br>        Defendants.<br>_____ / | CASE NO. 1:07-cv-00738 OWW DLB PC<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED AND FAILURE TO OBEY A COURT ORDER<br><br>(Doc. 17)<br><br>OBJECTIONS DUE WITHIN TWENTY DAYS |

     Plaintiff Anthony Ramos ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on May 21, 2007. On April 23, 2009, the District Court Judge issued an order adopting the undersigned's Findings and Recommendations, and dismissed Plaintiff's Fourteenth Amendment Due Process claims with prejudice for failure to state a claim. (Doc. 17.) Plaintiff's first amended complaint was dismissed with leave to amend only Plaintiff's Eighth Amendment claims against defendant Kateley and Childress. Plaintiff was ordered to file his second amended complaint within thirty (30) days and was informed that failure to comply with the order may result in dismissal of the action. To date, Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

     Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), the undersigned HEREBY RECOMMENDS that this action be dismissed, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted, and also for failure to obey a court order.

1    These Findings and Recommendations will be submitted to the United States District Judge
2 assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **twenty (20)**
3 **days** after being served with these Findings and Recommendations, Plaintiff may file written
4 objections with the Court.  The document should be captioned "Objections to Magistrate Judge's
5 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
6 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d
7 1153 (9th Cir. 1991).

9    IT IS SO ORDERED.
10    Dated:  **July 7, 2009**              **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE